▉▉▉ MELONY MARSHALL-ZIMBAL, Respondent, v HARVEY'S DRUGS OF MANLIUS, INC., Appellant. [627 NYS2d 598] —Order insofar as appealed from unanimously reversed on the law without costs, motion granted and amended complaint dismissed. Memorandum: Supreme Court erred in denying defendant's motion for summary judgment. Defendant tendered evidentiary proof in admissible form sufficient to establish that it had legitimate, non-discriminatory reasons for failing to reinstate plaintiff at the end of her maternity leave *(see, Brown v General Elec. Co.,* 144 AD2d 746, 748). The unsubstantiated assertions of plaintiff that defendant's proffered reasons were merely a pretext for discrimination based upon her gender and her pregnancy-related disability are insufficient to defeat defendant's motion *(see, Brown v General Elec. Co., supra,* at 748; *Hill v Westchester Aeronautical Corp.,* 112

AD2d 977, 978). (Appeal from Order of Supreme Court, Onondaga County, Elliott, J.—Summary Judgment.) Present—Denman, P. J., Green, Fallon, Doerr and Balio, JJ.